NISUS CORPORATION, Plaintiff,

v.

PERMA–CHINK SYSTEMS, INC., Defendant,

v.

Allan Altera and Merchant & Gould, P.C., Movants–Appellants.

Nisus Corporation, Plaintiff,

v.

Perma–Chink Systems, Inc., Defendant,

v.

Michael H. Teschner, Movant–Appellant.

Nos. 2006–1607, 2007–1148, 2006–1592, 2007–1142.

United States Court of Appeals, Federal Circuit.

March 14, 2007.

ON MOTION

*ORDER*

Upon consideration of Allan Altera and Merchant & Gould, P.C.'s unopposed motion to voluntarily dismiss their appeals,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs in 2006–1607 and 2007–1148.

(3) The revised official captions are reflected above.